ACCEPTED
01-15-00037-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 11:25:59 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00037-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **9th COURT** |
| | § | |
| **BRIAN WAYNE ALLEN** | § | **OF APPEALS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 11:25:59 AM
CHRISTOPHER A. PRINE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Brian Wayne Allen, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 260th Judicial District Court of Orange County, Texas.

2.      The case below was styled the State of Texas Vs. Brian Wayne Allen, and numbered D-140351-R.

3.      Appellant was convicted of Unauthorized Use of a Motorized Vehicle.

4.      Appellant was assessed a sentence of 2 years on December 9, 2014.

5.      Notice of appeal was given on December 10. 2014.

6. The clerk's record was filed on March 12, 2015; the reporter's record was filed on March 4, 2015.

7. The appellate brief is presently due on April 13, 2015.

8. Appellant requests an extension of time of 30 days from the present date, i.e. June 13, 2015.

9. One extension to file the brief has been received in this cause.

10. Defendant is currently ncarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

The Attorney for Appellant has been laboring under a heavy caseload and requires more time to prepare said brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Christine R. Brown-Zeto
Attorney at Law
1107 Green Avenue
Orange, Texas 77630
Tel: (409) 886-8558
Fax: (409) 883-6523

By: /s/ Christine R. Brown-Zeto
Christine R. Brown-Zeto
State Bar No. 03102200
crbrown@exp.net
Attorney for Brian Wayne Allen

## CERTIFICATE OF SERVICE

This is to certify that on June 1, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Orange County, 801 Division St., Orange, Texas 77630, by fax to 409-883-9322.

/s/ Christine R. Brown-Zeto
Christine R. Brown-Zeto

**STATE OF TEXAS** §

§

**COUNTY OF ORANGE** §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Christine R. Brown-Zeto, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

/s/ Christine R. Brown-Zeto
Christine R. Brown-Zeto
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on June1, 2015, to certify which witness my hand and seal of office.

/s/ Chrystal Murphy
Notary Public, State of Texas
My Commission expires: June 2, 2018